**Order filed, October 23, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00117-CV
_____

**JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ,**
**Appellant**

**V.**

**AMALIA PUGA, EDGAR PUGA, JUAN TAPIA, STATE BOND & MORTGAGE CO., Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-37844**

---

## ORDER

The reporter's record in this case was due October 19, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Wilburn, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM